FILED

2019 OCT -8 PM 1:03

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | <u>I N D I C T M E N T</u> |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:19 CR 601 |
| v. ) | |
| ) | Title 18, United States Code, |
| DEVERE EALOM, ) | Sections 922(g)(1) and |
| ) | 924(a)(2) |
| Defendant. ) | JUDGE OLIVER |

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

On or about August 4, 2019, in the Northern District of Ohio, Eastern Division, Defendant DEVERE EALOM, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Aggravated Robbery, on or about September 5, 2013, in Case Number CR-13-573735, in Cuyahoga County Common Pleas Court; Felonious Assault with firearm specification, Improper Discharging of a Firearm at or into a Habitation or School with firearm specification, and Having Weapons While Under Disability, on or about December 17, 2012, in Case Number CR-12-564289, in Cuyahoga County Common Pleas Court; and Burglary, on or about February 14, 2011, in Case Number CR-10-542338, in Cuyahoga County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Taurus, Model PT-111 Millennium Pro, 9mm caliber semi-automatic pistol, bearing serial number TAU00089, and nine (9) rounds of 9mm caliber

ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.