UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19 CR 601 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| DEVERE EALOM, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge David A. Ruiz, regarding the change of plea hearing of Devere Ealom, which was referred to the Magistrate Judge with the consent of the parties.

On October 8, 2019, the government filed a 1 count Indictment, charging Defendant Ealom, with Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. 922(g)(1) and 924(a)(2). Defendant was arraigned on October 24, 2019, and entered a plea of not guilty to count 1 of the Indictment, before Magistrate Judge Baughman. On January 6, 2020 Magistrate Judge Ruiz received Defendant Emory's plea of guilty to count 1 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Ealom is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis

for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Devere Ealom is adjudged guilty to count 1 of the Indictment, in violation of 18 U.S.C. 922(g)(1) and 924(a)(2). This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on April 27, 2020, at 3:00 p.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

February 4, 2020